# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

**ARTHUR CARTER,**

        Plaintiff,

  v.

**HESS CORPORATION, HESS OIL NEW YORK CORP, as successor by merger of HESS OIL VIRGIN ISLANDS CORP.,**

        Defendants.
_____

1:21-cv-00297-WAL-GWC

**TO:**   J. Russell B. Pate, Esq.
        Carl A. Beckstedt, III, Esq.
        Joseph T. Hanlon, Esq.
        Carolyn F. O'Connor, Esq.
        Michael A. Rogers, Esq.

## ORDER

THIS MATTER is before the Court upon the parties' Stipulation of Partial Stay Pending Resolution of Plaintiff's Motion to Remand (*McNamara v. Hess Corporation et al.*, 1:20-cv-00060-WAL-GWC, ECF No. 102).[1]

Having reviewed the stipulation and upon due consideration thereof, the Court will accept and grant the stipulation.

Accordingly, it is now hereby **ORDERED**:

---

[1] The stipulation was filed only in the *McNarama* case, but the terms of the stipulation incorporate 32 additional cases, including the above-captioned matter.

*Carter v. Hess Corporation et al.*
1:21-cv-00297-WAL-GWC
Order
Page 2

1. The parties' Stipulation of Partial Stay Pending Resolution of Plaintiff's Motion to Remand (*McNamara v. Hess Corporation et al.*, 1:20-cv-00060-WAL-GWC, ECF No. 102) is **ACCEPTED AND GRANTED**, except as noted herein following.

2. All discovery in the above-captioned proceeding is **STAYED** until a ruling has been issued on Plaintiff's Motion to Remand This Action to the Superior Court of the Virgin Islands on the Basis that HONYC Was Collusively Joined to Manufacture Federal Diversity Jurisdiction (*McNamara v. Hess Corporation et al.*, 1:20-cv-00045-WAL-GWC, ECF No. 99) or until further order of the Court.

3. The Initial Conference set for Monday, December 13, 2021, at 11:00 a.m. (AST) is **CANCELED**.

4. In the event the said motion to remand is denied, the Court will reschedule the Initial Conference.

ENTER:

Dated: December 13, 2021

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE